IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH IANTOSCA, ET AL. | : | CIVIL ACTION NO.: |
| | : | 08-CV-3:11785NMG |
| | : | (*Pending in the District of* |
| v. | : | *Massachusetts*) |
| | : | |
| | : | 3:11-MC-0052-CFD (RNC) |
| BENISTAR ADMINISTRATIVE SERVICES, | : | |
| ET AL. | : | AUGUST 18, 2011 |

### MOTION TO QUASH GOVERNMENT'S SUBPOENA OF
### SIMIONE MACCA & LARROW, LLP

Pursuant to F.R.C.P. 45 and Local Rule 7, Benistar 419 Plan Services, Inc. ("419 Plan Services"), Benistar 419 Plan & Trust, Carpenter Financial Group, Inc. ("CFG"), Carpenter Financial Group Employee Stock Ownership Plan, Carpenter Group, Ltd., STEP Plan Services, Inc. ("Step Plan Services") and the STEP Multiple Employer Supplemental Benefit Plan & Trust (collectively "Movants"), bring this motion to quash the subpoena ("Subpoena") issued to non-party Simione Macca & Larrow LLP. The Subpoena was issued by the United States of America ("Government"), an intervening plaintiff in the underlying action, which is pending in the District of Massachusetts (the "Massachusetts Action").

The Subpoena is improper because: (i) it is essentially a collection action by the Government that has been suspended by 26 U.S.C. §§ 6330(a)(3)(B) and (e)(1); (ii) the Subpoena is an overly and unduly broad intrusion into the Movants' privacy, (iii) discovery has already been propounded by the Government to two of the parties who are Movants in this action, namely, Step Plan Services and 419 Plan Services and these two parties have already responded to the discovery requests; (iv) the remaining Movants, aside from CFG, are not parties

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

to the Massachusetts Action and therefore should not be subject to any Subpoena or inquiry; and (v) the Government failed to serve the Movants with a copy of the Subpoena, in violation of Connecticut General Statutes § 36a-43(a).

The Government has had every opportunity to fully engage in discovery in accordance with Massachusetts practice and has done so by serving discovery on two of the three Movants in this matter, whom of which are parties to the Massachusetts Action. Discovery closed in the Massachusetts Action August 15, 2011. Given that the documents sought in the Subpoena were also sought in the Government's discovery, to which Step Plan Services and 419 Plan Services will respond, the subpoena should be quashed. The fact that the Government is seeking private financial records from the accountants of non-parties is simply outrageous and unconscionable.

WHEREFORE, for the reasons set forth in the memorandum of law, Movants request the Court grant this motion and quash the subpoena.

Dated: August 18, 2011
      New York, New York

                            Respectfully submitted,

                            SMITH, GAMBRELL & RUSSELL, LLP

                            By: /s/ Joseph M. Pastore III
                                Bar No. ct11431

                            250 Park Avenue
                            Suite 1900
                            New York, NY 10177
                            Tel: (212) 907-9700
                            Fax: (212) 907-9800
                            jpastore@sgrlaw.com

                            One Stamford Plaza
                            263 Tresser Blvd., 9th Floor
                            Stamford, CT 06901
                            Tel: (203) 564-1485
                            Fax: (203) 564-1402

## CERTIFICATE OF SERVICE

I certify that on August 18, 2011 this document was filed through the Court's CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

/s/ Joseph M. Pastore III